```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-01526-HWV
Rachel Morris                                                       Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1           User: AutoDocke         Page 1 of 1           Date Rcvd: Jun 09, 2020
                               Form ID: 309I           Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
```
db              +Rachel Morris,    11969 Woodland Drive,    Felton, PA 17322-9069
aty             +Kristen D Little,    Shapiro & DeNardo, LLC,    3600 Horizon Drive,    Suite 150,
                  King of Prussia, PA 19406-4702
5333555          CITI CARDS,    PO BOX 70186,    PHILADELPHIA PA 19176-0166
5329092         +JPMorgan Chase Bank, N.A., et al,    c/o Kristen D. Little, Esquire,    Shapiro & DeNardo, LLC,
                  3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: saa2@austinlawllc.com Jun 09 2020 19:54:37      Sara A. Austin,
                  Austin Law Firm LLC,    226 E. Market St.,    York, PA   17403
tr              +E-mail/Text: dehartstaff@pamd13trustee.com Jun 09 2020 19:55:12
                  Charles J DeHart, III (Trustee),    8125 Adams Drive, Suite A,    Hummelstown, PA 17036-8625
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jun 09 2020 19:54:59      United States Trustee,
                  228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
cr               EDI: JPMORGANCHASE Jun 09 2020 23:43:00      JPMorgan Chase Bank, National Association, Et Al..,
                  3415 Vision Drive,    Columbus, OH  43219
cr              +EDI: PRA.COM Jun 09 2020 23:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
5333552          EDI: BANKAMER.COM Jun 09 2020 23:43:00      BANK OF AMERICA,    PO BOX 31785,
                  TAMPA FL 33631-3785
5333551          EDI: BANKAMER.COM Jun 09 2020 23:43:00      BANK OF AMERICA,    PO BOX 982234,
                  EL PASO TX 79998-2234
5333553          EDI: CAPITALONE.COM Jun 09 2020 23:43:00      CAPITAL ONE,    P. O. BOX 71083,
                  CHARLOTTE NC 28272-1083
5333554          EDI: RMSC.COM Jun 09 2020 23:43:00      CARE CREDIT / SYNCB,    P. O. BOX 965035,
                  ORLANDO FL 32896-5035
5333556          EDI: RMSC.COM Jun 09 2020 23:43:00      EBAY MASTERCARD / SYNCB,    PO BOX 960080,
                  ORLANDO FL 32896-0080
5333557         +E-mail/Text: camanagement@mtb.com Jun 09 2020 19:54:49      M&T,    PO BOX 4030,
                  BUFFALO NY 14240-4030
5333558          E-mail/Text: camanagement@mtb.com Jun 09 2020 19:54:49      M&T BANK,
                  CREDIT CARD PAYMENT PROCESSING,    P.O. BOX 62014,    BALTIMORE MD 21264-2014
5333559          E-mail/Text: jennifer.chacon@spservicing.com Jun 09 2020 19:55:21
                  SELECT PORTFOLIO SERV / CHASE,    ATTN: GENERAL CORRESPONDENCE,    PO BOX 65250,
                  SALT LAKE CITY UT 84165-0250
5328159         +EDI: RMSC.COM Jun 09 2020 23:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5333550         20-01526
                                                                                TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Kristen D Little    on behalf of Creditor    JPMorgan Chase Bank, National Association, Et Al...
               pabk@logs.com, klittle@logs.com
              Sara A. Austin    on behalf of Debtor 1 Rachel  Morris saa2@austinlawllc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1: | Rachel Morris | | Social Security number or ITIN: | xxx–xx–6016 | |
| | First Name  Middle Name  Last Name | | EIN: __–_____ | | |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN: ____ EIN: __–_____ | | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | | Date case filed for chapter: | 13 | 5/13/20 |
| Case number: | 1:20–bk–01526–HWV | | | | |

# Official Form 309I
## Notice of Chapter 13 Bankruptcy Case          9/19

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rachel Morris | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 11969 Woodland Drive<br>Felton, PA 17322–0906 | |
| 4. | **Debtor's attorney**<br>Name and address | Sara A. Austin<br>Austin Law Firm LLC<br>226 E. Market St.<br>York, PA 17403 | Contact phone 717–846–2246<br><br>Email: saa2@austinlawllc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717 566–6097<br><br>Email: dehartstaff@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (717) 901–2800<br><br>Date: 6/9/20 |

**For more information, see page 2**

**Receiving Court Issued Orders and Notices by E–Mail:**  (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | |
|---|---|---|
| Debtor **Rachel Morris** | | Case number **1:20−bk−01526−HWV** |

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 9, 2020 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Valid photo identification and proof of social security number are required *** | **Location:**<br>**341 meeting by video conference, further details will be provided to you** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/24/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/22/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 11/9/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |