United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Rachel Morris
        Debtor

Case No. 20-01526-HWV
Chapter 13

## CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2020.
```
db              +Rachel Morris,    11969 Woodland Drive,    Felton, PA 17322-9069
5333552          BANK OF AMERICA,    PO BOX 31785,    TAMPA FL 33631-3785
5333551         ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: BANK OF AMERICA,    PO BOX 982234,    EL PASO TX 79998-2234)
5341173          BANK OF AMERICA, N.A.,    Bank of America,    PO BOX 31785,    Tampa FL 33631-3785
5333555          CITI CARDS,    PO BOX 70186,    PHILADELPHIA PA 19176-0166
5342636          Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
5329092         +JPMorgan Chase Bank, N.A., et al,    c/o Kristen D. Little, Esquire,    Shapiro & DeNardo, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
5342529         +M&T Bank,    PO Box 1508,    Buffalo, NV 14240-1508
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr               E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 14 2020 20:29:26
                 JPMorgan Chase Bank, National Association, Et Al..,    3415 Vision Drive,    Columbus, OH  43219
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 14 2020 20:30:25
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5333553          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2020 20:29:53     CAPITAL ONE,
                 P. O. Box 71083,    CHARLOTTE NC 28272-1083
5333554          E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 20:30:17     CARE CREDIT / SYNCB,
                 P. O. BOX 965035,    ORLANDO FL 32896-5035
5333903          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 14 2020 20:30:20
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5333556          E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 20:29:52     EBAY MASTERCARD / SYNCB,
                 PO BOX 960080,    ORLANDO FL 32896-0080
5333557         +E-mail/Text: camanagement@mtb.com Jul 14 2020 20:20:37     M&T,    PO BOX 4030,
                 BUFFALO NY 14240-4030
5333558          E-mail/Text: camanagement@mtb.com Jul 14 2020 20:20:37     M&T BANK,
                 CREDIT CARD PAYMENT PROCESSING,    P.O. BOX 2014,    BALTIMORE MD 21264-2014
5333559          E-mail/Text: jennifer.chacon@spservicing.com Jul 14 2020 20:21:08
                 SELECT PORTFOLIO SERV / CHASE,    ATTN: GENERAL CORRESPONDENCE,    PO BOX 65250,
                 SALT LAKE CITY UT 84165-0250
5328159         +E-mail/PDF: gecsedi@recoverycorp.com Jul 14 2020 20:29:24     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5342187          E-mail/Text: jennifer.chacon@spservicing.com Jul 14 2020 20:21:08
                 U.S. Bank N.A., as Trustee, et al,    c/o Select Portfolio Servicing, Inc.,    P.O. Box 65250,
                 Salt Lake City, UT 84165-0250
                                                                             TOTAL: 11

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5333550          20-01526
                                                                     TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates
               bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jerome B Blank    on behalf of Creditor    Bank Of America, N.A. pamb@fedphe.com
              Kristen D Little    on behalf of Creditor    JPMorgan Chase Bank, National Association, Et Al...
               pabk@logs.com,  klittle@logs.com
              Mario J. Hanyon    on behalf of Creditor    Bank Of America, N.A. pamb@fedphe.com
              Sara A. Austin    on behalf of Debtor 1 Rachel  Morris saa2@austinlawllc.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                          TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rachel Morris,                          Chapter        13

**Debtor 1**

Case No.        1:20–bk–01526–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**August 19, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: August 26, 2020 Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17101–1737 (717) 901–2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: LyndseyPrice, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: July 14, 2020 |

ntcnfhrg (03/18)