# M&T Bank

United States Bankruptcy Court
Middle District Pennsylvania- Harrisburg
Attn: Claims Clerk
Ronald Regan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA. 17101

July 21, 2020

RE: **Rachel Morris**
    Case # 20-01526
    Claim: #6-1
    Claim Amount: $1,188.69
    Filed: 07/21/20

FILED
Harrisburg, PA

JUL 28 2020

Clerk,
US Bankruptcy Court

Dear Clerk:

Please withdraw Claim #6-1 in the above mentioned case. Claim was filed in error.

We are sorry for any inconvenience this has caused you.

Thank you in advance.

Sincerely,

*Tammy Roberts*
Tammy Roberts
Bankruptcy Specialist
M & T Bank
PO Box 1508
Buffalo, NY 14240
800-338-4728 ext. #8424