# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Rachel Morris         BK NO. 20-01526 HWV

                Debtor(s)

                      Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                 Respectfully submitted,

                 /s/ Rebecca Solarz
                 Rebecca Solarz
                 09 Nov 2020, 15:49:37, EST

                 KML Law Group, P.C.
                 BNY Mellon Independence Center
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106
                 215-627-1322