In re:  Case No. 20-01526-HWV

Rachel Morris  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3

Date Rcvd: Oct 30, 2023      Form ID: pdf010      Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rachel Morris, 11969 Woodland Drive, Felton, PA 17322-9069 |
| 5333555 | | CITI CARDS, PO BOX 70186, PHILADELPHIA PA 19176-0166 |
| 5329092 | + | JPMorgan Chase Bank, N.A., et al, c/o Kristen D. Little, Esquire, Shapiro & DeNardo, LLC, 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406-4702 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 30 2023 18:52:04 | JPMorgan Chase Bank, National Association, Et Al.., 3415 Vision Drive, Columbus, OH 43219 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 30 2023 19:03:28 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5333551 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 30 2023 18:44:00 | BANK OF AMERICA, PO BOX 982234, EL PASO TX 79998-2234 |
| 5333552 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 30 2023 18:44:00 | BANK OF AMERICA, PO BOX 31785, TAMPA FL 33631-3785 |
| 5341173 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 30 2023 18:44:00 | BANK OF AMERICA, N.A., Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 5333553 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2023 19:03:38 | CAPITAL ONE, P. O. BOX 71083, CHARLOTTE NC 28272-1083 |
| 5333554 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 18:51:46 | CARE CREDIT / SYNCB, P. O. BOX 965035, ORLANDO FL 32896-5035 |
| 5333903 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2023 18:52:04 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5342636 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 30 2023 19:03:36 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5333556 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 18:51:32 | EBAY MASTERCARD / SYNCB, PO BOX 960080, ORLANDO FL 32896-0080 |
| 5333557 | + | Email/Text: camanagement@mtb.com | Oct 30 2023 18:45:00 | M&T, PO BOX 4030, BUFFALO NY 14240-4030 |
| 5333558 | | Email/Text: camanagement@mtb.com | Oct 30 2023 18:45:00 | M&T BANK, CREDIT CARD PAYMENT PROCESSING, P.O. BOX 62014, BALTIMORE MD 21264-2014 |
| 5342529 | + | Email/Text: camanagement@mtb.com | Oct 30 2023 18:45:00 | M&T Bank, PO Box 1508, Buffalo, NV 14240-1508 |
| 5345755 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 30 2023 18:51:33 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5333559 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 30 2023 18:45:00 | SELECT PORTFOLIO SERV / CHASE, ATTN: GENERAL CORRESPONDENCE, PO BOX |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 65250, SALT LAKE CITY UT 84165-0250 |
| 5328159 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 18:51:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5342187 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 30 2023 18:45:00 | U.S. Bank N.A., as Trustee, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5333550 | | 20-01526 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor Bank Of America N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Alternative Loan Trust 2007-A2 Mortgage Pass-Through Certificates bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor Bank Of America N.A. pamb@fedphe.com |
| Kristen D Little | on behalf of Creditor JPMorgan Chase Bank National Association, Et Al... KRLITTLE@FIRSTAM.COM |
| Mario J. Hanyon | on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Michael Patrick Farrington | on behalf of Creditor U.S. Bank N.A. as trustee, on behalf of the holders of the J.P. Morgan Alternative Loan Trust 2007-A2 |

        Mortgage Pass-Through Certificates mfarrington@kmllawgroup.com

Sara A. Austin

        on behalf of Debtor 1 Rachel Morris saa2@austinlawllc.com

United States Trustee

        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    RACHEL MORRIS,
    Debtor,

Chapter 13
Case No. 1-20-01526

## ORDER

Upon consideration of the Debtor's Motion to Reopen Case for the limited purposes of filing her certificate in support of discharge (Form 2830) and entry of her Discharge, Doc. 51, and finding good cause for same, it is

**ORDERED** that the Motion is **GRANTED**. This case shall be reopened without filing fee to enable Debtor to file her certification in support of discharge / Form 2830, after which her discharge shall be issued and the case again closed.

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: October 30, 2023